**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YANJUAN CHEN, | No. 07-74642 |
| Petitioner, | Agency No. A098-469-604 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010**

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Yanjuan Chen, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision denying her application for asylum.  We have

jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

agency's factual findings, applying the new standards governing adverse credibility determinations created by the REAL ID Act, *Shrestha v. Holder*, 590 F.3d 1034, 1039 (9th Cir. 2010). We deny the petition.

The BIA found Chen not credible for several reasons, including concerns with Chen's demeanor, inconsistencies within Chen's testimony about her entry into the United States, and an inconsistency between her testimony and asylum application regarding whether authorities summoned her after they released her from detention. In light of these findings, substantial evidence supports the agency's adverse credibility determination. *See id*. at 1040-44 (adverse credibility determination was reasonable under the Real ID Act's "totality of the circumstances").

**PETITION FOR REVIEW DENIED.**